Clifford Shoemaker, Esq.
9711 Meadowlark Road
Vienna, VA 22182
Phone: 703-281-6395
Fax: 703-281-5807

John F. McHugh, Esq.
6 Water Street
Suite 401
New York, NY 10004
Phone: (212)483-0875
Fax: (212)483-0876
Email: JFMcHughPC@aol.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COALITION FOR MERCURY-FREE DRUGS (CoMeD, Inc.), a non-profit organization, Lisa Sykes, Mark R. Geier, M.D., Ph.D., David A. Geier, B.A. and Paul G. King, PhD,<br><br>Plaintiffs,<br><br>-versus-<br><br>Michael O. Leavitt as Secretary, Department of Health and Human Services and Andrew C. von Eschenbach as Commissioner of The United States Food and Drug Administration,<br><br>Defendants. | 1:09-CV 00015 (RBW) |

## DECLARATION OF Micah K. Sanderson

Micah Kate Sanderson declares under penalty of perjury pursuant to 28 U.S.C. 1746 that the following information is true to best of my

knowledge and belief and that if called to testify in this matter I could testify competently to these facts.

In all aspects of CoMeD's lawsuit, CoMeD is representing my interests, and I'm a member of CoMeD.

I am a woman of child bearing age. I look forward to the experience of bearing and raising children. I would not ever knowingly allow another human being to inject mercury, in any form, or any amount, into my body.

Because there does not appear to be any influenza vaccine that is absolutely free of mercury, and because the inconsistency of the information available among health officials, providers, and agencies has eliminated my trust in said officials, I feel as though there is no safer choice for me or my future children than to take my chances with the flu.

Signed this  27th  of  September,  2009 at  Richmond ,  Virginia.

*Micah Kate Sanderson*  07/27/2009
*2112 Parkwood Avenue*
*Richmond, VA 23220*

*804.334.9499*