Clifford Shoemaker, Esq.
9711 Meadowlark Road
Vienna, VA 22182
Phone: 703-281-6395
Fax: 703-281-5807

John F. McHugh, Esq.
6 Water Street
Suite 401
New York, NY 10004
Phone: (212)483-0875
Fax: (212)483-0876
Email: JFMcHughPC@aol.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE COALITION FOR MERCURY-FREE DRUGS (CoMeD, Inc.), a non-profit organization, Lisa Sykes, Mark R. Geier, M.D., Ph.D., David A. Geier, B.A. and Paul G. King, PhD,<br><br>Plaintiffs,<br><br>-versus-<br><br>Michael O. Leavitt as Secretary, Department of Health and Human Services and Andrew C. von Eschenbach as Commissioner of The United States Food and Drug Administration,<br><br>Defendants. | 1:09-CV 00015 (RBW) |

## DECLARATION OF *Jennifer Kate Krekeler*

*Jennifer Kate Krekeler* declares under penalty of perjury pursuant to 28 U.S.C. 1746 that the following information is true to best of my

knowledge and belief and that if called to testify in this matter I could testify competently to these facts.

1. In all aspects of CoMeD's lawsuit, CoMeD represents my interest and I am a member of CoMeD.

2. I am a woman of childbearing age who is trying to conceive. I called the CVS Pharmacy located at 28 North Brookwood Avenue in Hamilton, OH, 45013 on September 3, 2009 to inquire about receiving a flu shot.

3. I was connected to the person in charge of administering the flu shots. She indicated that there were no major risks involved in receiving a flu injection, unless I might be allergic to the vehicle which contained the flu virus. I did not understand what she meant by "vehicle," so I asked her to clarify. She indicated that the "vehicle" was saline, an inert substance. She did not comment further on the risks associated with the shot. She did not provide me with the ingredients in the shot, even though I asked what was in the shot. I was not provided with any information regarding even minor risks or side-affects (such as redness at the injection site, aches, etc).

I mentioned that I was worried about a preservative that I'd heard about. She said the only way the preservative could harm me is if I am allergic to it…and again indicated that it is an inert substance. She did not indicate the name of the preservative, so I asked if mercury was the

preservative in the flu shot. She indicated that mercury was not in the shot, and that there could not possibly be mercury in the shot. She stated that it is illegal for the manufacturers to put mercury in the shot. She reiterated that there could not be mercury in any flu shots since it would be against the law. I said I understood that the mercury was being eliminated from children's vaccines, but that mercury was supposed to be in the shot. She reiterated that it would be illegal, and that she herself has read the vials, and that mercury is not present in the shots.

I asked if the shot would be safe if I am pregnant, and she indicated that I should check with my OB/GYN but that there is no general reason that it would be dangerous.

I asked if I could get a regular flu shot and an H1N1 shot at the same time. She indicated that since the H1N1 shot was not available yet, she was not positive if I could get them on the same day. She proceeded to state that it would be very likely that I could get them on the same date...she didn't know why I would not be able to receive both at the same time.

I wanted to read the ingredients list for the flu shot most recommended for pregnant women, so I drove to the same CVS and asked to see the ingredient list. I was informed that the store had not yet received its shipment of flu shots, so an ingredient list was not available.

4. It is clear to me that the FDA is not protecting my family, pregnant women, or the average person from this toxin, and is not giving me the opportunity of informed consent because there is so much confusion among health care providers—even they do not know which vaccines contain Thimerosal/mercury.

I have a pre-school aged child with laboratory-documented mercury poisoning. He was diagnosed with mercury poisoning as a toddler, several months following a set of flu shots given around one year of age. I have been told that the mercury in thimerosol does not remain in the body for more than a few hours or days at most. However, my son will turn five years old on October 4, 2009, and using continued laboratory testing, we know that the mercury is still present in his body today.

Historically, my son has experienced regression; loss of speech, vision, social skills, and coordination; chronic diarrhea daily; chronic loss of ability to digest foods (i.e., after eating a cup of peas, he subsequently produced a cup of completely undigested peas into his diaper four hours later); has produced white fecal matter; has chronically produced fecal matter that immediately scalds the skin on his bottom – the skin subsequently falls off; and insomnia. We have been treating my son for roughly three years, and he has recovered from many, but not all, of the symptoms listed above. But, we

are not yet finished. His most recent laboratory results, reported in August 2009, indicate that he still has mercury poisoning almost four years to the date following the original set of flu shots. Mercury seriously and in some ways irreversibly compromised my son's body, and I cannot allow him to be exposed to it again. Without proper information regarding the ingredients in a flu shot, it is not safe for my son to ever receive a flu shot again.

Given the communications I had with CVS Pharmacy on September 3, 2009, it is evident that professionals in the pharmaceutical industry are not educated about the ingredients contained within the flu shot. Formal or even informal training regarding the presence or absence of mercury and the potential side affects of receiving mercury via a route of injection is obviously absent. If pharmacists are not educated about the ingredients contained within, specifically mercury, it would seem plausible that they are also not educated about the side affects of the mercury contained within thimerosol. An uneducated or misinformed pharmacist would not be able to properly relay thimerosol-related information to a customer. Inadequate, incorrect, or inappropriate information related to the presence or absence of thimerosol in a flu shot and the potential side affects of receiving thimerosol via a route of injection would likely hinder proper decisions and could place the health of the customer in jeopardy.

In an absence of personal education on medicine, therapies, and/or pharmaceutical ingredients, the general public relies heavily on the opinions of pharmaceutical personnel. Women, in general and as a large population, must make choices regarding healthcare, not just for themselves, but also for their children and unborn babies. In an absence of formal education regarding flu, women will default to the professional pharmacist. I have on many occasions done so myself. And, I assert, that the knowledge regarding the presence or absence of mercury in flu shots and the potential side affects of receiving mercury via a route of injection is inadequately understood by women, and forcing women to default to the similarly inadequate understanding by pharmaceutical personnel would be an injustice to the health of my family as well as yours.

Signed this  28th day  of  September,  2009 at  Hamilton , OH .

*Jennifer Kate Krekeler*
*Jennifer Kate Krekeler*
*2083 Wagon Wheel Drive, Hamilton, OH  45013*
*513-889-1912*